```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

GEORGE MYERS LIVESTOCK,         )
                                )
              Plaintiff,        )       4:07CV3075
                                )
       v.                       )
                                )
WEST POINT CUSTOM FEEDERS,      )        ORDER
JEREMY RITTER, RICHARD          )
REPPERT and UNKNOWN PARTNERS    )
OF WEST POINT CUSTOM FEEDERS,   )
                                )
              Defendants.       )
                                )
```

In accordance with the parties' stipulation, filing 11,

IT IS ORDERED:

1. Plaintiff is given leave to file an amended complaint within ten days.

2. Upon filing of the amended complaint, the pending motion to dismiss, filing 8, will stand denied as moot.

DATED this 18th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge