IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE MYERS LIVESTOCK, | ) | 4:07CV3075 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WEST POINT CUSTOM FEEDERS, JEREMY RITTER, RICHARD REPPERT, UNKNOWN PARTNERS OF WEST POINT CUSTOM FEEDERS and THOMAS BLAZEK, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon the suggestion of bankruptcy (filing 24) filed by defendant Tom Blazek d/b/a West Point Custom Feeders,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

August 16, 2007

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge