```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GEORGE MYERS LIVESTOCK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3075 |
| | ) | |
| v. | ) | |
| | ) | |
| WEST POINT CUSTOM FEEDERS, | ) | ORDER |
| JEREMY RITTER, RICHARD | ) | |
| REPPERT, UNKNOWN PARTNERS OF | ) | |
| WEST POINT CUSTOM FEEDERS, | ) | |
| and THOMAS BLAZEK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The letter request of Steve Myers, partner of George Myers Livestock, for additional time to hire attorneys is considered a motion (filing 48), and is granted. Plaintiff is given to June 16, 2008 to obtain the services of substitute counsel.

The clerk's office is directed to fax a copy of this order to Steve Myers at 865-922-3355.

DATED this 19th day of May, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge