```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GEORGE MYERS LIVESTOCK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3075 |
| | ) | |
| v. | ) | |
| | ) | |
| WEST POINT CUSTOM FEEDERS, | ) | ORDER |
| JEREMY RITTER, RICHARD | ) | |
| REPPERT, UNKNOWN PARTNERS OF | ) | |
| WEST POINT CUSTOM FEEDERS, | ) | |
| and THOMAS BLAZEK, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff shall show cause by July 22, 2008 why this case should not be dismissed for failure to comply with the order of May 19, 2008 ([filing 49](filing 49)).

2. The trial that was set for July 21, 2008 is continued until further order.

DATED this 7th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge