```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GEORGE MYERS LIVESTOCK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3075 |
| | ) | |
| v. | ) | |
| | ) | |
| WEST POINT CUSTOM FEEDERS, | ) | MEMORANDUM AND ORDER |
| JEREMY RITTER, RICHARD | ) | |
| REPPERT, UNKNOWN PARTNERS OF | ) | |
| WEST POINT CUSTOM FEEDERS, | ) | |
| and THOMAS BLAZEK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Apparently the plaintiff was not fully informed of the entry of the prior order on the show cause which was entered July 7, 2008 (filing 50).

IT THEREFORE HEREBY IS ORDERED,

Plaintiff is given until August 25, 2008 in which to obtain the services of substitute counsel and have that attorney file an appearance in its behalf, in the absence of which the court may dismiss this lawsuit without further notice.

DATED this 1st day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge