IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE MYERS LIVESTOCK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3075 |
| | ) | |
| V. | ) | |
| | ) | |
| WEST POINT CUSTOM FEEDERS, | ) | MEMORANDUM AND ORDER |
| JEREMY RITTER, RICHARD | ) | |
| REPPERT, UNKNOWN PARTNERS OF | ) | |
| WEST POINT CUSTOM FEEDERS, | ) | |
| and THOMAS BLAZEK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

By letter sent to the court and counsel for the defendants, the plaintiff has requested an additional thirty days to retain an attorney for representation in this case. The plaintiff's request is granted.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff is given until October 2, 2008 in which to obtain the services of substitute counsel and have that attorney file an appearance in its behalf, in the absence of which the court may dismiss this lawsuit without further notice.

DATED this 2nd day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge